UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEDRIC GUESS,<br><br>　　　　　Plaintiff,<br><br>L. LOPEZ,<br><br>　　　　　Defendant. | No. 2:13-cv-2652 AC P<br><br><br>ORDER |

　　　By order filed May 12, 2014 (ECF No. 8), the court granted plaintiff twenty-eight days to file an amended complaint. In the May 12th order, the court informed plaintiff of the deficiencies in his complaint. Plaintiff was cautioned that failure to file an amended complaint would result in a recommendation of dismissal of this action. However, plaintiff has consented to the jurisdiction of the undersigned and this matter may be addressed by order. ECF No. 4. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 1, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE